IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY FLETCHER,

      Petitioner,                    No. CIV S-09-1091 DAD P

    vs.

JAMES WALKER, Warden,

      Respondent.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Several motions are pending before the court.

        On June 24, 2009, petitioner filed a motion for a stay and abeyance, together with a motion to amend his petition and a proposed amended petition. On June 26, 2009, respondent filed an answer to petitioner's original petition. On July 10, 2009, petitioner filed a motion for an extension of time to file and serve a traverse. He also filed a request for status on his motion for a stay and abeyance and motion to amend. On July 15, 2009, respondent filed an opposition to petitioner's motion for a stay and abeyance and motion to amend. On July 31, 2009, petitioner filed a motion for an extension of time to file and serve a reply to respondent's opposition. On August 8, 2009, petitioner filed a timely reply.

/////

1

1  The court will deny petitioner's motion for an extension of time to file a traverse
2  as unnecessary in light of petitioner's pending motion for a stay and abeyance and motion to
3  amend.  In addition, the court will deny petitioner's motion for an extension of time to file a reply
4  to respondent's opposition to petitioner's motion for a stay and abeyance and motion to amend as
5  moot in light of the fact that petitioner's has since filed a timely reply.

6  In accordance with the above, IT IS HEREBY ORDERED that:

7  1. Petitioner's July 10, 2009 motion for an extension of time to file a traverse
8  (Doc. No. 14) is denied as unnecessary;

9  2. Petitioner's July 10, 2009 request for status (Doc. No. 15) is granted; and

10  3. Petitioner's July 31, 2009 motion for an extension of time to file and serve a
11  reply to respondent's opposition to his motion for a stay and abeyance and motion to amend
12  (Doc. No. 17) is denied as unnecessary.

13  DATED: August 11, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
flet1091.un